IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-09-00218 |
| v. | ) | |
| | ) | |
| VAZGEN FAKHOORIAN | ) | |

O R D E R

The defendant's motion for leave to file under seal (Docket Entry No. 227) is GRANTED.

The Clerk is directed to maintain the defendant's motion to release passport and attachment thereto (Docket Entry Nos. 228 and 228-1) UNDER SEAL.

Upon the Court's request, a telephone conference call was held with counsel for the government, counsel for the defendant, the defendant's Pretrial Services Officer, and the Court on June 23, 2011, at which time counsel for the government and the Pretrial Services Officer represented that they had no objections to the defendant's motion to release passport (Docket Entry No. 228) and it is GRANTED.

The Pretrial Services Officer shall release the defendant's passport to the defendant on June 23, 2011.

The defendant shall return the passport to the Pretrial Services Officer on Monday, June 27, 2011.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge