UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No.3:09-cr-000218 |
| v. | ) |
| | ) JUDGE HAYNES |
| VAZGEN FAKHOORIAN | ) |

*ORDER*
*This motion is GRANTED.*
*[signature]*
*8-22-13*

## JOINT MOTION TO CONTINUE SENTENCING HEARING

The Parties hereby jointly move this Honorable Court for an order continuing the sentencing hearing that is presently set for Friday, September 6, 2013 at 3:30 p.m. In support of their motion, the Parties state the following:

The Government's undersigned counsel is scheduled to be out of town on September 6, 2013, for a very important matter. Defendant Fakhoorian's sentencing will require a Government attorney that is very familiar with the long and intricate facts of the instant case. It would take several days, if not weeks, to familiarize another Government attorney with the facts of the instant complex conspiracy. The Government has consulted with Defense Counsel and he does not oppose the continuance.

The Parties have consulted and determined that they are available to conduct Defendant's sentencing hearing on any of the following dates: September 13, September 17, or September 20, 2013. The Parties request that the Court continue the sentencing hearing on any of the aforementioned dates that are convenient for the Court. If any of these dates are not convenient for the Court, the Parties request additional time to find a date convenient for the Court's calendar.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney