UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) No. 3:09-00218(5) | |
| | ) | |
| VAZGEN FAKHOORIAN | ) | |

JOINT MOTION TO CONTINUE SENTENCING HEARING

The parties jointly move the Honorable Court for an Order continuing the sentencing hearing that is presently set for Friday, September 13, 2013 at 4:00 p.m. In support of this Motion the parties would show the Court the following:

Counsel for the Defendant spoke with the interpreter in this case, Benhoosh Sadri, on Wednesday, August 28, 2013, concerning a matter involving interpreting the pre-sentence report, and she indicated that she would be out of the country during the week of September 9, 2013 – September 13, 2013; returning on September 16, 2013. It is counsel's understanding that Mrs. Sadri is the only Farsi interpreter being used in this case.

Therefore, considering the interpreter in the case will be unavailable at the time of the sentencing hearing the parties would move the Court to continue the sentencing hearing to anytime on Monday, September 23, 2013 or Friday, September 27, 2013, or to another time and date that is convenient with the Court's docket.

*[Handwritten note on right margin: "GRANTED. This motion is granted. The hearing is reset for September 27, 2013 at 4:00 pm. /s/ [Judge signature] 8-29-13"]*