IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) Case No. 3:09-00218 |
| | ) Chief Judge Haynes |
| VAZGEN FAKHOORIAN. | ) |

## MOTION FOR RELEASE OF SURETY BOND

*[Handwritten: GRANTED. This motion is GRANTED. /s/ [Judge] USDJ 10-21-13]*

Comes now counsel for the Defendant, Vazgen Fakhoorian, and would move the Court for an Order releasing the $50,000.00 surety bond that was placed with the Clerk of the Court to the Defendant's brother, Vegan Fakhoorian. In support of this motion counsel would submit the following:

1. As a condition of pretrial release the Defendant was required to place a cash surety bond of $50,000.00 with the Clerk of the Court. (DE 131). This was done by Vegan Fakhoorian, the brother of the Defendant, on October 5, 2009. The cash bond has remained with the Clerk's office in an interest bearing account since October 5, 2009.

2. On September 27, 2013, the Defendant was sentenced to a time served sentence and Eighteen (18) months of supervised release with conditions.

3. On September 30, 2013, the Defendant, along with counsel, met with the U.S. Probation department and the Defendant was informed of all conditions required for the period of supervised release and his supervision effectively began.