**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09-cr-218-4 |
| | ) | Chief Judge Haynes |
| VAZGEN FAKHOORIAN | ) | |

**O R D E R**

Before the Court is the parties' joint motion pursuant to Fed. R. Crim. P. 32.1(c) to modify

a special condition of the Defendant's supervised release (Docket Entry No. 595). This motion is

**GRANTED**. The special condition of supervised release that "the Defendant is to reside at the

halfway house approved by the Bureau of Prisons for a period of eighteen (18) months." (Docket

Entry No. 552, p. 4) is **MODIFIED** to provide as follows: "However, the Defendant is expressly

allowed to leave any halfway house in which he resides pursuant to this Judgement during the hours

of 7:00 a.m. to 7:00 p.m. for the purpose of working and going to and from work so long as he

maintains gainful employment."

It is so **ORDERED**.

ENTERED this the _3rd_ day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court