IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:09-cr-218-4 |
| | ) | Chief Judge Haynes |
| VAZGEN FAKHOORIAN | ) | |

## ORDER

On September 27, 2013, Defendant was sentenced to a term of eighteen (18) months of supervised release, with a special condition requiring Defendant to reside at a halfway house approved by the Bureau of Prisons for a period of eighteen (18) months. (Docket Entry No. 552). On February 3, 2014, on the joint motion of the parties, the Court issued an Order modifying the condition of supervised release to add the following language: "However, the Defendant is expressly allowed to leave any halfway house in which he resides pursuant to this Judgement during the hours of 7:00 a.m. to 7:00 p.m. for the purpose of working and going to and from work so long as he maintains gainful employment." (Docket Entry No. 596).

On March 15, 2014 the United States Probation Office informed the Court that the halfway house approved by the Bureau of Prisons did not have a bed available for the Defendant until January 24, 2014, and that because of the delay in placing Defendant in a halfway house, Defendant's term of supervised release will terminate before he has satisfied the condition requiring that he reside in a halfway house for eighteen months.

Therefore, the special condition of supervised release requiring Defendant to reside at a halfway house approved by the Bureau of Prisons for a period of eighteen months is **MODIFIED** by the addition of the following clause: "The duration of this condition shall not, under any circumstances, exceed the total duration of Defendant's eighteen (18) month term of supervised

release, and shall not be extended as a result of any delay by the Bureau of Prisons in placing Defendant in a halfway house."

It is so **ORDERED**.

**ENTERED** this the 4th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge